Page 1 of 2

# OFFICE OF REFUGEE RESETTLEMENT
## Division of Children's Services
### TRANSFER REQUEST AND TRACKING FORM

## Minor's Profile

| Alien Number | FINS Number | Last Name | First Name | AKA | Date of Placement in Current Facility |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Height | Weight | DOB | Age | COB | Date of Initial Placement |
|---|---|---|---|---|---|
|  | 92 |  |  |  |  |

| Eye Color | Identifying Marks |
|---|---|
| Brown |  |

## Current Care Provider Facility

| Current Program | Program Type | Case Worker |
|---|---|---|
| Southwest Key Campbell | Shelter | Mariela Martinez |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| 2613 W. Campbell Avenue | Phoenix | AZ | 85014 |  |

| Care Provider Transfer Recommendation | | | | Has the minor's attorney been contacted?** | |
|---|---|---|---|---|---|

| Type of Facility Requested | Proposed Facility | Requestor | Request Date | Attorney of Record | Phone |
|---|---|---|---|---|---|
| Secure | Yolo County Juvenile Detenti | Mariela Martinez | 04/22/2017 |  |  |

## ORR Transfer Decision

| Name of ORR Decision Maker | Designated Care Provider Facility | Type of Care Provider Facility |
|---|---|---|
| Teresa Brooks | Yolo County Juvenile Detention | Secure |

## New Care Provider Facility

| New Program | Program Type |
|---|---|
| Yolo County Juvenile Detention | Secure |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| 2880 East Gibson Road | Woodland | CA | 95776 |  |

**Transfer Packet (for each minor)**

Please follow checklist in the Transfer Procedures when completing minor's transfer packet, check box to indicate the packet is completed

List of Minor's Belongings (be sure to include medication)

4/22/2017

OFFICE OF REFUGEE RESETTLEMENT
Division of Children's Services
TRANSFER REQUEST AND TRACKING FORM

**Departure/Arrival Information**

| Departure | Date | Time | Transporting Staff | Name | Title |
|---|---|---|---|---|---|
| | 4-23-17 | 4:30 PM | | Luis Parodu | Shift Leader |

By signing below, I affirm that:
1) I have read the minor's Case Summary and Individual Service Plan (ISP) and am aware of all documented special needs.
2) The list of the minor's personal belongings is complete and accurate.

Signature _____   Date 4-23-2017

| Arrival | Date | Time | Receiving Staff | Name | Title |
|---|---|---|---|---|---|
| | 4/23/17 | 10:53am | | Guadalupe Vital | Case Manager |

By signing below, I affirm that:
1) I have read the minor's Case File Summary and Individual Service Plan (ISP) and am aware of all documented special needs.
2) The list of the minor's personal belongings is complete and accurate.

Signature _____   Date 4/23/17

Distribution of this form is restricted to ORR staff, grantees and contractors (including voluntary agencies, Child Advocates, and legal service providers); UAC attorneys of record; the U.S. Department of Homeland Security; and the Executive Office for Immigration Review. This form may not be distributed to any other party without the written authorization of ORR/DCS.

4/22/2017

**Transfer Request**

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | ▇ | | |
| Last Name: | ▇ | | |
| AKA: | | | |
| Status: | DISCHARGED | | |
| Date of Birth: | 3/26/2002 | Gender: | ▇ |
| A No.: | ▇ | LOS: | |
| Age: | ▇ | Current Program: | Southwest Key Campbell |
| Country of Birth: | ▇ | Admitted Date: | 4/21/2017 |

### Transfer request

**Minor's Profile:**

| | | | |
|---|---|---|---|
| Height(ft & inches): | ▇ | Weight(lbs): | ▇ |
| Eye Color: | | | |
| Identification Marks: | | | |

**Transfer Request:**

| | | | |
|---|---|---|---|
| Type of Program Requested: | Secure | Requested Date: | 4/22/2017 |
| Requesting Party: | | | |
| Requester Name: | Mariela Martinez | | |
| Requester Title: | Case Manager | | |
| Requester Phone: | 6025676479 | | |

**Case Coordination:**

| | | | |
|---|---|---|---|
| Concur with Requesting Party? | ● Yes ○ No | | |
| If not, specify: | | | |
| Type of Program Recommended: | Secure | Case Coordinator Proposed Program: | Yolo County Juvenile Detention |
| Case Coordinator Name: | n/a | | |
| Recommended Date: | | | |

**Reason for Transfer Request:**

| | | | |
|---|---|---|---|
| Shelter & Foster Care Only: | ☐ Standard Placement | Secure & Staff Secure Only | ☐ Convicted as Adult |
| | | | ☐ Adjudicated Delinquent |
| | | | ☐ Criminal Charges |
| | | | ☑ Chargeable |
| Any Program Type: | ☐ To provide a less restrictive setting (transfer only)   ☐ Disruptive Behavior | | |
| | ☐ To provide a more restrictive setting (transfer only)   ☐ Minor's Safety | | |
| | ☐ Minor's Medical Health   ☑ Flight Risk | | |
| | ☐ Minor's Mental Health   ☐ Emergency Influx | | |
| | ☑ Violent/Threatening Behavior | | |
| Has the Minor's Attorney Been Contacted? | ○ Yes ● No | Attorney Phone: | |
| Attorney of Record: | | | |

**Casefile Summaries**

| | | | |
|---|---|---|---|
| Information Relating to Minor's casefile | ☐ Pregnancy | ☐ Diagnosed Behavior/Illness with no Medications | |
| | ☐ Injury | ☐ Diagnosed Behavior/Illness with Medications | |
| | ☐ Illness | ☐ Non-violent Conviction | |
| | ☑ Non-diagnosed Behavior/Illness with no Medications | ☐ Non-violent Charge | |
| | ☐ Non-diagnosed Behavior/Illness with Medications | ☐ Charge(s) Dropped | |

**Minor's Medical/Mental Health Summary:** Medical: Client arrived on 04/21/17. ▇
04/24/17. Client has not expressed any medical concerns.

**Behavior Summary:** (history of: flight risk, aggressive/assaultive & sexually inappropriate behaviors)

**Current Status of Family Reunification:** ▇

**Immigration Court Status:**

**Case Manager Comments**

| | |
|---|---|
| Case Manager Name: | Mariela Martinez |
| Case Manager Comments: | |

| | | | |
|---|---|---|---|
| **Case Manager Suggests Transfer?:** | ⦿ Yes ○ No | **TMS Historical Transfer Request?:** | |
| **Date of Case Manager Comments:** | 4/22/2017 | | |

### ORR/DCS Decision

| | | | |
|---|---|---|---|
| **Comments:** | Transfer approved | | |
| **Decision:** | ○ Pending | **Date of Decision:** | 4/22/2017 |
| | ⦿ Approve | | |
| | ○ Disapprove | | |
| | ○ Remanded, please provide info as detailed in comments | | |

**Name of ORR Decision Maker:** Teresa Brooks

### Transfer Packet (for each minor)

Please follow checklist in the Transfer Procedures when completing minor's transfer packet, check the checkbox to indicate the packet is completed.   ☐

List of Minor's Belongings (be sure to include medication and explain dosage in medical/mental health summary)

### COA - COV

| | | | |
|---|---|---|---|
| **Request Type** | ○ Change of Address | Transfer Sch. to Take Place on: | |
| | ⦿ Change of Value | | |

**Next Sch. Court Appearance for this Juvenile is:**

**Reason for less than 48 hours notice to ICE (if applicable) :**

**Good cause exists to change venue in this matter pursuant to 8 C.F.R. & 1003.20 (b) for the following reason(s);**

☐ ORR has decided to relocate the respondent to an area where space is available/ appropriate services can be provided, since Juvenile detention space is limited in

☐ The minor has a special need (e.g., pregnancy of juvenile, medical needs, etc.), please specify

☐ Other, please specify

### Departure/Arrival Information

| | | | |
|---|---|---|---|
| **Departure Date:** | | **Departure Time:** | |
| **Transporting Staff Name:** | | | |
| **Transporting Staff Title:** | | | |
| **Transporting Staff Comments:** | | | |
| **Arrival Date:** | | **Arrival Time:** | |
| **Receiving Staff Name:** | | | |
| **Receiving Staff Title:** | | | |
| **Receiving Staff Comments:** | | | |



| UAC Basic Information | | | |
|---|---|---|---|
| **First Name:** | | | |
| **Last Name:** | | | |
| **AKA:** | | | |
| **Status:** | DISCHARGED | | |
| **Date of Birth:** | | **Gender:** | |
| **A No.:** | | **LOS:** | |
| **Age:** | | **Current Program:** | Southwest Key Campbell |
| **Country of Birth:** | | **Admitted Date:** | 4/21/2017 |

| Discharge Notification | | | |
|---|---|---|---|
| **Date of Discharge:** | 4/23/2017 | **Time of Discharge:** | 04:30 AM |
| **Type Of Discharge:** | Transfer | **Sponsor Name:** | |
| **Sponsor DOB:** | | **Relationship to UAC:** | |
| **Prove of Relationship:** | | | |
| **ORR Decision:** | ○ Pending  ◉ Approve  ○ Disapprove  ○ Remanded, please provide info as detailed in comments | **Date of Decision:** | 4/22/2017 |
| **Program Minor was Transferred to:** | Yolo County Juvenile Detention | **DHS Family Shelter:** | |
| **Local Law Enforcement:** | | | |
| **Specify, if Other is Selected:** | | | |
| **Address:** | 2880 East Gibson Road | | |
| **City:** | Woodland | | |
| **State:** | California | **Zip Code:** | 95776 |
| **Phone:** | | | |
| **Legal Status of Minor:** | NTA (in removal proceedings) | | |