To whom it may concern:

I am writing on behalf of Mr. ████████ He has participated in every class and has displayed a positive demeanor and has been in good spirits. ████ has the potential to do great things and I enjoy working with him. I know that his promotion to level three will continue to motivate him to do the right thing. I hope that ████ continues to strive for excellence and approaches every challenge with commitment, honesty, and honor. Please accept this letter of recommendation for Mr. ████████

Sincerely,

Instructional Aide

Mr. Bojorquez

# Recommendation Letter

April 23, 2018

**To Whom It May Concern,**

I *have has the pleasure* interacted with ▇▇▇▇▇▇ He has had good behavior and following all the rules. He as well earns good grades, accomplishes school requirements and projects diligently.

I believe that he should be level up due to his good behavior in class these past weeks.

Sincerely,

*[signature]*

Ms. Rodriguez
Instructional Aide

Letter of Recommendation to Level up to Honor

To Whom It May Concern the purpose of this letter is to inform that ▮▮▮▮ has done the necessary step to move to level Honor. Resident ▮▮▮▮ for the past 4 weeks has worked very hard to improve. He has dedicated time to work in his demeanor and it is easy to tell that he has improved. The resident feel with a new purpose, he wakes up on time every morning and with a positive attitude, he go to school participates in school and do all the school work ▮▮▮▮ also is helping other while in school and while in the gym he does all the activities he is required to do. The resident has become a better youth and he is more responsible for his actions. I believe the resident deserves a chance to move to Honor level. If you have any further questions feel free to contact me to my work email.

Cordially

DS. Perez

April 26, 2018

To Whom It May Concern:

Over the last few weeks ▓▓▓▓ has demonstrated academic improvement in all my classes. ▓▓▓ is an active participant in class and always completes his assignments. He is always respectful to all the adults in the classroom. He is always helpful and tries his best at all times.

Therefore, I recommend that ▓▓▓▓ be placed at a higher level on the behavioral point system at the ▓▓▓▓.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

C. Sechler
ELL ORR-DUC Teacher

To Whom It May Concern,

    I write this in recommendation of █████████████████████ Since his arrived to our facility this past November, he has been able to overcome many obstacles. Over the course of his time with us I have seen ███████ grow tremendously and make a lot of positive changes. This resident has made many strides to better his behavior throughout the course of his time with us. Though he may have his ups and downs, he continuously strives and attempts to do his best and make sure the next day was a better day than the one before. Over the past couple of months, I have been in his direct care. I have seen him go from a person who did not care about his behavior, into one who at the very least recognizes when he is wrong and is willing to accept the consequences. I have seen him mature gradually and positively into someone who seeks to become a better person. I hope these kind words can influence him to continue his progress and earn him a right to whatever he wants to obtain or accomplish.

*[signature]*

███ es un buen estudiante que respeta a sus maestros y lo hace muy bien en la escuela. Entender y hablar el idioma inglés, ha mejorado inmensamente con ███ especialmente cuando hace su presentación en clase de estudios sociales.

S. Perdomo

O.R.R Program Aid

To whom it may concern,

    This letter is a Recommendation for resident ▮▮▮▮▮ I have seen this young man grow from one that may not have cared to a young man that now thinks about things before he does them and one that appreciates life. While at this facility he has completed different programs and earned different certifactes. I would ask that these words and accomplishments help this young man reach his progress and whatever goal that is possible for him.

D.S. PATTEN

Dear To Whomever This May Concern,

This letter is a letter of recommendation stating that this resident ▮▮▮▮▮▮▮▮▮▮ has done a lot of positive changes that should please anyone. This resident has mad positive adjustment to his behavior that has become highly noticeable. Anyone can appreciate the change in ▮▮▮ he has earned a congratulatory compliment from people that work with him in daily basis. We hope these kind words can influence him to continue his progress and earn him a right to whatever he wants to obtain or accomplish.

Sincerely,

[signature]

To Whomever This May Concern,

This letter is a recommendation starting that this resident █████████████████ has done a lot of positive changes that should please anyone. Resident █████ was work hard every day to improve his communication skills and he has also dedicated a lot of work to improve his behavior. Resident █████ deserves an opportunity to keep going forward and enjoy a normal life. His progress shows how much this resident wants to accomplish in the future.

Sincerely
*[signature]*