# Ex. 27

# FILED UNDER SEAL